UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

| | | |
|---|---|---|
| TRACY LEWIS | * | CIVIL ACTION NO. 16-cv-15388 |
| Plaintiff, | * | |
| V. | * | SECTION J |
| LIBERTY MUTUAL FIRE | * | |
| INSURANCE COMPANY, *Et. al.* | * | JUDGE JAY ZAINEY |
| Defendants | * | |
| | * | MAGISTRATE WILKINSON |

*******************************

### AFFIDAVIT

BEFORE ME, the undersigned authority personally came and appeared, Michael Phillips, who after being duly sworn by me, did depose and state the following:

1. I am counsel for Tracy Lewis in the above captioned case.

2. This affidavit is based upon my personal knowledge.

3. I am familiar with the costs incurred and paid for by Tracy Lewis in the above captioned case.

4. The costs listed below are based upon my personal knowledge and the items are correct and have been necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

5. The costs listed below were reasonable and necessary to bring this case to trial and obtain a jury verdict and judgment in favor of Tracy Lewis as follows:

    a. **FILING FEES**: Plaintiff incurred $503.50 filing Fees for filing this lawsuit in state Court which was removed to Federal Court. A copy of the receipt from the Civil District Court is attached. (Exhibit A)

    b. **SERVICE FEES FOR PETITION**: Plaintiff incurred $241.44 in service fees paid to the Civil Sheriff to serve plaintiff's original petition. (Exhibit B)

EXHIBIT 1

c. **SERVICE FEES FOR SUBPEONAS**: Plaintiff paid a process server named Chris Thorn $75.00 to serve a trial subpoenas on Jessica Coleman, Monkisha Martin and Kyle Ponseti (Exhibit C)

d. **COPIES MADE BY 3rd PARTIES**: Plaintiff paid these amounts for copies Office Depot for 6,664 copies mainly for the larger exhibits for the 5 sets of bench book documents. The discounted cost was $308.58 while the actual cost for these copies was $932.00 before volume discount and other applied discounts. Plaintiff is only claiming the $308.58 actually paid. (Exhibit D);

e. **COPIES IN HOUSE**: Plaintiff made thousands of "in house copies" to bring this case to trial and a reasonable price per copy 15 cents for black and white copy and 45 cents for color copies. The following copies were made "in house" to bring this case to trial:

   1. 101 copies for five (5) benchbooks (in addition to the Office Depot copies). The scheduling order required that plaintiff copy and assemble all benchbooks and required that one (1) copy be delivered to opposing counsel and two copies be delivered to the Court. Plaintiff retained one master benchbook and made one additional copy to mark up at trial. The bulk of these copies were made at Office Depot. (Exhibit D) 46 of these "in house" copies were black and white and 55 of these copies were color. The total cost for color copies is $24.75 and the total costs for black and white copies is $6.90 for a total of $31.65.

   2. Five copies of each deposition transcript were made not counting copies of condensed transcripts. One (1) copy was made for the client for review and markup. One (1) copy was made for counsel for plaintiff Michael Phillips and one (1) copy was made for counsel for plaintiff Roderick Patrick. Two clean copies were made for trial for trial notes of both plaintiff's counsel. The total number of copies of the six (6) depositions was 5055 at 15 cents per

copy for a total of $758.25.

3. The scheduling order required plaintiff to produce its exhibits to counsel for defendants which consisted of approximately 761 pages minus 373 pages for medical documents previously produced to defendants reducing the pages produced to defendant to be approximately 388. Plaintiff made an additional copy to have a historic copy of the exact exhibits produced by plaintiff and made an additional copy to mark up in preparation for trial. These two copies included the whole 761 pages. A total of three copies were made totaling approximately 1895 pages. At 15 cents per copy, this total is $284.25.

Plaintiff made several thousand other copies which were file copies and correspondence but these copies are not included nor are these copies billed for in plaintiff's Bill for Costs.

f. **DEPOSITION TRANSCRIPTS**: Plaintiff took the depositions of Monkisha Martin who was a witness to incident in this case. This deposition transcript was used at trial to impeach Monkisha Martin and cost $425.00. Plaintiff took 2 depositions of Jessica Coleman who was an eyewitness to incident in this case. The deposition transcript was used at trial to impeach Jessica Coleman and cost $630.10 and $322.75. Plaintiff took the depositions of Kyle Ponseti who was a witness to incident in this case. This deposition transcript was used at trial to impeach Jessica Coleman and cost $1,165.25. Plaintiff paid $316.15 for a copy of the deposition of Bethany Matthews who was a fact witness in this case who was on defendants' final "will call" witness list. Plaintiff paid $281.15 for a copy of the deposition of Michelle Banks who was a fact witness in this case. Michelle Banks testified at trial. Total Expense $3,140.40 (Exhibit E *in globo*)

    g. **WITNESS FEES**:  Plaintiff paid Jessica Coleman $60.00 as a witness fee. This was for one day of attendance $40.00 and $20.00 for mileage and parking.  Plaintiff also paid Monkisha Martin $60.00 as a witness fee.  This was for one day of attendance $40.00 and $20.00 for mileage and parking. Plaintiff also paid Kyle Ponseti $105.00 as a witness fee. This was for one day of attendance $40.00 and $65.00 for mileage and parking.  Total Expense $225.00 (Exhibit F)

    h. **SUPPLIES PURCHASED FROM 3RD PARTIES** – Plaintiff incurred $60.45 in expense for Bench Book Binders from Office Depot (Exhibit G)

6. The summary of the costs described above are as follows:

    a. Filing Fees                                        $ 503.50
    b. Cost of Service of Petition                $ 241.44
    c. Costs of Service of Subpoenas          $   75.00
    d. Copy costs Office Depot                   $ 308.58
    e. Copies made in house at law office     $1,074.15
    f. Deposition Transcripts                     $3,140.40
    g. Witness fees for Appearance at Trial    $ 225.00
    h. Office Depot supplies for Benchbooks  $   60.45
    TOTAL                                            $5,628.52

The above is true and correct based on my personal knowledge, information, and belief.

                                                           Michael J. Phillips, Esq.
                                                           Attorney for Tracy Lewis

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12th DAY OF DECEMBER 2017 in New Orleans, Louisiana.

_____
RODERICK C. PATRICK
NOTARY PUBLIC
My Commission Expires at Death
Louisiana Bar Roll Number 22131
Louisiana Notary Number 42018
4426 South Liberty Street
New Orleans, Louisiana  70115
(504) 524-1090

Civil District Court for the Parish of Orleans
Hon. Dale N. Atkins - Clerk

## Case Pleading Report

Case Number 2016-08821   LEWIS, TRACY versus LIBERTY MUTUAL FIRE INSURANCE COMPANY ET AL

| Case Number | 2016-08821 | Section | D - 12 | Case Filed: | 09/02/2016 | | |
|---|---|---|---|---|---|---|---|
| Date Filed: 09/02/2016 | Date Entered: 09/06/2016 | | Petition for Damages | | | | |
| Litigant: | LEWIS, TRACY | | | | | | |
| Attorney: | 10506 - Phillips, Michael J | | | | | | |
| Remarks: | | | | | | | |
| | Date Order Signed: | | By: | | Date IFP Signed: | By: | Filing Fee: 503.5   Amo |

| Date Filed: 10/05/2016 | Date Entered: 10/07/2016 | | Motion to Enroll as Counsel | | | | |
|---|---|---|---|---|---|---|---|
| Litigant: | LEWIS, TRACY | | | | | | |
| Attorney: | 10506 - Phillips, Michael J | | | | | | |
| Remarks: | ENROLLING RODERICK PATRICK | | | | | | |
| | Date Order Signed: 10/07/2016 | By: Piper D. Griffin | | Date IFP Signed: | By: | Filing Fee: 0 | Amou |

REPORT DATE:   11/22/2017
REQUESTED BY: Latonya Powell

Report Criteria:
Pleading Type
Attorney: All
Litigant: LEWI
Date Range:

PAGE   1   OF   1



# Kathy Phillips

**From:** Edward Hirstius
**Sent:** Friday, November 17, 2017 2:19 PM
**To:** Kathy Phillips
**Subject:** RE: Subpoena delivery. for Phillips Law Firm .

4216 Anthony st.
Metairie La. 70001

---

**From:** Kathy Phillips
**Sent:** 11/17/2017 1:59 PM
**To:** EDWARD HIRSTIUS
**Subject:** RE: Subpoena delivery. for Phillips Law Firm .

Thanks, Eddie - - should we just mail to you or do you have his home number

---

**From:** EDWARD HIRSTIUS [mailto:bigpoppaed@bellsouth.net]
**Sent:** Thursday, November 16, 2017 12:12 PM
**To:** Kathy Phillips <kphillips@glnosc.com>
**Subject:** Subpoena delivery. for Phillips Law Firm .

INVOICE

3 out OF 5 subpoenas delivered.

3 at   $25.00 per Subpoena    total $75.00

Make check payable to Chris Thorn

THANKS EDDIE



1

# Office DEPOT
# OfficeMax

NEW ORLEANS - (504) 561-8846
11/03/2017  9:28 AM



2TTTY9PPM4Q65BMEW

```
SALE                 2166-5-5990-624672-17.8.2
167060   BW SS Letter
  5,331 @ 0.14              746.34
  Bulk @0.06               -426.48
  Coupon - 40218056        -106.62
         You Pay            213.24SS
167060   BW SS Letter
  1,333 @ 0.14              186.62
  Bulk @0.06               -106.64
  Coupon - 40218056         -13.33
         You Pay             66.65SS
Coupon Number - SB56N2V02WTXFX

         Subtotal:          279.89
         Sales Tax:          28.69
         Total:             308.58
    MasterCard 4171:        308.58

AUTH CODE 77887B
TDS Chip Read
AID A0000000041010    MasterCard
TVR 0000008000
CVS Signature Verified
```

Total Savings:
**$653.07**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
**B4XD 20FM W1P2**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

EXHIBIT
D

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Celie M. Henderson, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA  70124*
*(504) 488-1112*

October 23, 2017

MICHAEL J. PHILLIPS, ESQ.
ATTORNEY AT LAW
400 NORTH PETERS, SUITE 200
NEW ORLEANS, LOUISIANA  70130

INVOICE:110772

ATTN: MICHAEL J. PHILLIPS, ESQ.

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, TRACY LEWIS VS. LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL, CA NO. 16-CV-15388, SECTION "J"

For furnishing original and one copy of the deposition of MONKISHA MARTIN, taken on the 11th day of October 2017.

$425.00

**TRANSCRIPT TO BE READ AND SIGNED**
**PLEASE MAKE PAYMENT TO:**
**RAYNEL E. SCHULE, CCR**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112



EXHIBIT
E

# SOUTHERN COURT REPORTERS, INC.

## INVOICE

Tax ID – 74-2840296

*Cecelia M. Henderson, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA 70124*
*(504) 488-1112*

---

July 20, 2017

MICHAEL J. PHILLIPS, ESQ.
ATTORNEY AT LAW
400 NORTH PETERS, SUITE 200
NEW ORLEANS, LOUISIANA    70130            INVOICE:170706

ATTN: MICHAEL J. PHILLIPS, ESQ.

IN RE:  USDC, EASERN DISTRICT OF LOUISIANA, TRACY LEWIS VS. LIBERTY MUTUAL FIRE
        INSURANCE COMPANY, ET AL, CA NO. 16-CV-15388, SECTION "J"

Furnishing original and one copy of the deposition of JESSICA COLEMAN, taken on the 11th day of July 2017.

                                $630.10

**TRANSCRIPT TO BE READ AND SIGNED**
**PLEASE MAKE PAYMENT TO:**
RAYNEL E. SCHULE, CCR
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

# *SOUTHERN COURT REPORTERS, INC.*

Tax ID – 74-2840296

*Sandra P. DiFebbo, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA  70124*
*(504) 488-1112*

---

October 30, 2017

MICHAEL J. PHILLIPS, ESQ.
ATTORNEY AT LAW
400 N. PETERS STREET, SUITE 200
NEW ORLEANS, LOUISIANA  70130                INVOICE:110780

ATTN: MICHAEL J. PHILLIPSS, ESQ.

---

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, TRACY LEWIS VS. LIBERTY MUTUAL FIRE
       INSURANCE COMPANY, ET AL, CA NO. 16-CV-15388, SECTION J

For furnishing original and one copy of the deposition of JESSICA COLEMAN, taken on the 16th day of October
       2017.

$322.75

**PLEASE MAKE PAYMENT TO:**
**RAYNEL E. SCHULE, CCR**
**SOUTHERN COURT REPORTERS, INC.**
**5819 GEN. DIAZ STREET**
**NEW ORLEANS, LA 70124**
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

# SOUTHERN COURT REPORTERS, INC.

# INVOICE

Tax ID – 74-2840296

*Celie M. Henderson, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA 70124*
*(504) 488-1112*

September 14, 2017

MICHAEL J. PHILLIPS, ESQ.
ATTORNEYS AT LAW
400 NORTH PETERS, SUITE 200
NEW ORLEANS, LOUISIANA 70130

INVOICE:190741

ATTN: MICHAEL J. PHILLIPS, ESQ.

IN RE: USDC, EASTERN DISTRICT OF LOUISIANA, TRACY LEWIS VS. LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL, CA NO. 16-CV-15388, SECTION "F"

For furnishing original and one copy of the deposition of KYLE PONSETI, taken on the 24th day of August 2017.

$1165.25

**TRANSCRIPT TO BE READ AND SIGNED**
**PLEASE MAKE PAYMENT TO:**
RAYNEL E. SCHULE, CCR
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

**KAY E. DONNELLY & ASSOCIATES**
**1100 POYDRAS STREET**
**ENERGY CENTRE, SUITE 2025**
**NEW ORLEANS, LA 70163**
**(504) 299-8220 FAX (504) 299-8219**

| | |
|---|---|
| LAW OFFICES OF MICHAEL J. PHILLIPS<br>ATTORNEYS AT LAW<br>400 NORTH PETERS STREET<br>SUITE-200<br>NEW ORLEANS, LA 70115 | INVOICE NO: 3630<br>INVOICE DATE: 11/01/2017<br>REPORTER: KAY DONNELLY<br><br>Tax ID# 71-0922792 |

ATTN: MICHAEL J. PHILLIPS, ESQ.

TRACY LEWIS VS LIBERTY MUTUAL
FIRE INSURANCE COMPANY, ET AL
TAKEN ON: SEPTEMBER 1, 2017

| Date | Description |
|---|---|
| 11/01/2017 | DEPOSITION OF BETHANY MATTHEWS<br>COPY DEPOSITION (LATE COPY)<br><br>COMPACT DISK<br>CONDENSED TRANSCRIPT |

| | |
|---|---|
| Sub Total: | 316.15 |
| Paid: | 0.00 |
| Balance Due: | 316.15 |

TOTAL DUE WITHIN 30 DAYS
THANK YOU

**KAY E. DONNELLY & ASSOCIATES**
**1100 POYDRAS STREET**
**ENERGY CENTRE, SUITE 2025**
**NEW ORLEANS, LA 70163**
**(504) 299-8220 FAX (504) 299-8219**

LAW OFFICES OF MICHAEL J. PHILLIPS
ATTORNEYS AT LAW
400 NORTH PETERS STREET
SUITE-200
NEW ORLEANS, LA 70115

INVOICE NO:     3576
INVOICE DATE: 10/06/2017
REPORTER:     BARBARA MCGEE

Tax ID#   71-0922792

ATTN: MICHAEL J. PHILLIPS, ESQ.

TRACY LEWIS VS LIBERTY MUTUAL
FIRE INSURANCE COMPANY, ET AL
TAKEN ON: SEPTEMBER 19, 2017

| Date | Description |
|---|---|
| 10/06/2017 | DEPOSITION OF MECHELLE BANKS  COPY DEPOSITION |
| | COMPACT DISK  CONDENSED TRANSCRIPT |

Sub Total:   281.15
Paid:         0.00
Balance Due: 281.15

TOTAL DUE WITHIN 30 DAYS
THANK YOU

# Hancock Whitney

## Transactions Details

| | |
|---|---|
| Posting Date | 11/02/2017 |
| Transaction Date | 11/02/2017 |
| Description | DDA CHECK  0000011755 |
| Transaction Type | Debit |
| T/C | 0077 |
| Amount | $60.00 |
| Balance | $3,045.64 |

Front   Back

---

11755

**MICHAEL J. PHILLIPS**
**ATTORNEY AT LAW**

DATE 10/20/2017

PAY TO THE ORDER OF  Jessica Cousman    $60.00

Sixty and 00/100 — — — DOLLARS

Whitney Bank

FOR  Ferrara Appearance Fee          Michael Phillips

⑈011755⑈ ⑆065400153⑆ 0016244302⑈

about:blank

EXHIBIT F

# Hancock WHITNEY

## Transactions Details

| | |
|---|---|
| Posting Date | 11/06/2017 |
| Transaction Date | 11/06/2017 |
| Description | DDA CHECK  0000011756 |
| Transaction Type | Debit |
| T/C | 0077 |
| Amount | $60.00 |
| Balance | $2,305.64 |

Front   Back

---

11756

**MICHAEL J. PHILLIPS**
**ATTORNEY AT LAW**

DATE 10/26/2017

PAY TO THE ORDER OF  Munkisha Martin   $ 60⁰⁰

Sixty and 00/100 -------- DOLLARS

Whitney Bank

FOR Fedora Apperson Fee

/s/ Michael J Phillips

⑈011756⑈ ⑆065400153⑆ 0016244302⑈

# Hancock Whitney

## Transactions Details

| | |
|---|---|
| Posting Date | 11/06/2017 |
| Transaction Date | 11/06/2017 |
| Description | TELLER CASHED DEBIT  0000011754 |
| Transaction Type | Debit |
| T/C | 0040 |
| Amount | $105.00 |
| Balance | $2,365.64 |

Front   Back



MICHAEL J. PHILLIPS
ATTORNEY AT LAW

Check #11754
Date: 10/26/2017
Pay to the order of: Kyle Ponseti — $105.00
One Hundred Five and 00/100 Dollars
Whitney Bank
For: Traffic Court Appearance Fee
Signed: Michael Phillips

# Office DEPOT OfficeMax

New Orleans - (504) 206-3157
11/02/2017 10:29 AM

27TTPPPPAMQ5666FW

```
SALE                3283-1-9304-669890-17.8.2
210016  BDR,ODP,VW,3",
   5 @ 10.99                      54.95
            You Pay               54.95SS
           Subtotal:              54.95
          Sales Tax:               5.50
              Total:              60.45
    MasterCard 1253:              60.45
```

AUTH CODE 00562P
TDS Chip Read
AID A0000000041010    MASTERCARD
TVR 0000208000
CVS Signature Verified

ATTORNEY & COUNSELOR AT LAW 1123298984
REWARDS ON EVERYTHING!
Get 2% back in rewards on everything
and we mean everything! Plus, enjoy
members-only savings including Rewards
Member Pricing, Bonus Rewards, rewards
for recycling and more. Visit
officedepot.com/rewards

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
V4XC SQR4 3H8E
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

EXHIBIT
G