# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

*******************************
TRACY LEWIS                              *        CIVIL ACTION NO. 16-cv-15388
        Plaintiff,              *
    V.                                   *        SECTION J
LIBERTY MUTUAL FIRE                      *
INSURANCE COMPANY, *Et. al.*    *        JUDGE JAY ZAINEY
       Defendants              *
                             *        MAGISTRATE WILKINSON
*******************************

## ORDER

**IT IS ORDERED** that plaintiff's "Motion for Costs/Bill for Costs" is **GRANTED** and Liberty Mutual Fire Insurance Company, Murphy USA, and Murphy Oil USA, Inc. is cast in judgment for an additional $5,628.52 in costs plus judicial interest from date of judicial demand.

                                               _____
                                                 **CLERK**