UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

| | | |
|---|---|---|
| TRACY LEWIS | * | CIVIL ACTION NO. 16-cv-15388 |
|     Plaintiff, | * | |
| V. | * | SECTION J |
| LIBERTY MUTUAL FIRE | * | |
| INSURANCE COMPANY, *Et. al.* | * | JUDGE JAY ZAINEY |
|     Defendants | * | |
| | * | MAGISTRATE WILKINSON |

*******************************

**MEMORANDUM IN SUPPORT OF MOTION FOR COSTS/BILL FOR COSTS**

NOW INTO Court comes plaintiff Tracy Lewis, through undersigned counsel, who moves this honorable Court for an Order awarding her costs as the prevailing party in the above captioned case.

On November 8, 2017, the jury returned verdict in favor of plaintiff. On November 9, 2017, the Court signed a money judgment in favor of plaintiff and against Liberty Mutual Fire Insurance Company, Murphy USA, and Murphy Oil USA, Inc. Plaintiff, Tracy Lewis, is the prevailing party in this case in accordance with **Fed. R. Civ. Pro.** 54 and has incurred the following costs in this case which were reasonable and necessary to bring this case to trial and obtain a jury verdict and judgment:

    a. **FILING FEES**: Plaintiff incurred $503.50 filing Fees for filing this lawsuit in state Court which was removed to Federal Court. A copy of the receipt from the Civil District Court is attached. (Exhibit A)

    b. **SERVICE FEES FOR PETITION**: Plaintiff incurred $241.44 in service fees paid to the Civil Sheriff to serve plaintiff's original petition. (Exhibit B)

    c. **SERVICE FEES FOR SUBPEONAS**:  Plaintiff paid a process server named Chris Thorn $75.00 to serve a trial subpoenas on Jessica Coleman, Monkisha Martin and Kyle Ponseti (Exhibit C)

    d. **COPIES MADE BY 3rd PARTIES**:  Plaintiff paid these amounts for copies Office Depot for 6,664 copies mainly for the larger exhibits for the 5 sets of bench book documents. The discounted cost was $308.58 while the actual cost for these copies was $932.00 before volume discount and other applied discounts.  Plaintiff is only claiming the $308.58 actually paid.  (Exhibit D);

    e. **COPIES IN HOUSE**:  Plaintiff made thousands of "in house copies" to bring this case to trial and a reasonable price per copy 15 cents for black and white copy and 45 cents for color copies.  The following copies were made "in house" to bring this case to trial:

    1.  101 copies for five (5) benchbooks (in addition to the Office Depot copies).  The scheduling order required that plaintiff copy and assemble all benchbooks and required that one (1) copy be delivered to opposing counsel and two copies be delivered to the Court.  Plaintiff retained one master benchbook and made one additional copy to mark up at trial.  The bulk of these copies were made at Office Depot. (Exhibit D) 46 of these "in house" copies were black and white and 55 of these copies were color.  The total cost for color copies is $24.75 and the total costs for black and white copies is $6.90 for a total of $31.65.

    2.  Five copies of each deposition transcript were made not counting copies of condensed transcripts.  One (1) copy was made for the client for review and markup.  One (1) copy was made for counsel for plaintiff Michael Phillips and one (1) copy was made for counsel for plaintiff Roderick Patrick.  Two clean copies were made for trial for trial notes of both plaintiff's counsel.  The total number of copies of the six (6) depositions was 5055 at 15 cents per

copy for a total of $758.25.

    3. The scheduling order required plaintiff to produce its exhibits to counsel for defendants which consisted of approximately 761pages minus 373 pages for medical documents previously produced to defendants reducing the pages produced to defendant to be approximately 388. Plaintiff made an additional copy to have a historic copy of the exact exhibits produced by plaintiff and made an additional copy to mark up in preparation for trial. These two copies included the whole 761 pages. A total of three copies were made totaling approximately 1895 pages. At 15 cents per copy, this total is $284.25.

Plaintiff made several thousand other copies which were file copies and correspondence but these copies are not included nor are these copies billed for in plaintiff's Bill for Costs.

  f. **DEPOSITION TRANSCRIPTS**: Plaintiff took the depositions of Monkisha Martin who was a witness to incident in this case. This deposition transcript was used at trial to impeach Monkisha Martin and cost $425.00. Plaintiff took 2 depositions of Jessica Coleman who was an eyewitness to incident in this case. The deposition transcript was used at trial to impeach Jessica Coleman and cost $630.10 and $322.75. Plaintiff took the depositions of Kyle Ponseti who was a witness to incident in this case. This deposition transcript was used at trial to impeach Jessica Coleman and cost $1,165.25. Plaintiff paid $316.15 for a copy of the deposition of Bethany Matthews who was a fact witness in this case who was on defendants' final "will call" witness list. Plaintiff paid $281.15 for a copy of the deposition of Michelle Banks who was a fact witness in this case. Michelle Banks testified at trial. Total Expense $3,140.40  (Exhibit E *in globo*)

  g. **WITNESS FEES**:  Plaintiff paid Jessica Coleman $60.00 as a witness fee. This was for one day of attendance $40.00 and $20.00 for mileage and parking.  Plaintiff also paid Monkisha Martin $60.00 as a witness fee.  This was for one day of attendance $40.00 and $20.00 for mileage and parking.  Plaintiff also paid Kyle Ponseti $105.00 as a witness fee. This was for one day of attendance $40.00 and $65.00 for mileage and parking.  Total Expense $225.00 (Exhibit F)

  h. **SUPPLIES PURCHASED FROM 3RD PARTIES** – Plaintiff incurred $60.45 in expense for Bench Book Binders from Office Depot (Exhibit G)

1. The summary of the costs described above are as follows:

  a.  Filing Fees             $ 503.50
  b.  Cost of Service of Petition       $ 241.44
  c.  Costs of Service of Subpoenas     $   75.00
  d.  Copy costs Office Depot        $ 308.58
  e.  Copies made in house at law office   $1,074.15
  f.  Deposition Transcripts         $3,140.40
  g.  Witness fees for Appearance at Trial   $ 225.00
  h.  Office Depot supplies for Benchbooks   $   60.45
  TOTAL                $5,628.52

## CONCLUSION

Plaintiff is entitled to a judgment awarding plaintiff costs in the amount of $5,628.52 plus judicial interest from date of judicial demand

WHEREFORE, plaintiff moves the Clerk/Court for an order: (1) granting plaintiff's "Motion for Costs/Bill for Costs;" (2) awarding plaintiff judicial interest from date of judicial demand; and (3) granting plaintiff all relief to which it is legally or equitably entitled.

/s/Michael J. Phillips
Michael Phillips
Attorney At Law
Louisiana Bar Roll Number 10506
400 N. Peters Street, Ste. 200
New Orleans, Louisiana  70130
Phone  (504) 523-6988


**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing "Memorandum in Support of Bill for Costs/Motion " was filed with the Clerk of Court on the 12th day of December 2017, and is available for viewing and downloading from the CM/ECF system.  Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail list.  Any counsel not included on the e-mail service list received a copy via United States Mail.

/s/Michael J. Phillips
Michael J. Phillips