UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

******************************
| | |
|---|---|
| TRACY LEWIS * | CIVIL ACTION NO. 16-cv-15388 |
| Plaintiff, * | |
| V. * | SECTION J |
| LIBERTY MUTUAL FIRE * | |
| INSURANCE COMPANY, *Et. al.* * | JUDGE JAY ZAINEY |
| Defendants * | |
| * | MAGISTRATE WILKINSON |

******************************

## NOTICE OF SUBMISSION

Please take notice that the undersigned counsel for plaintiff will bring for hearing its "Motion for Costs/Bill for Costs" before the Clerk for the United States District Court for the Eastern District of Louisiana, on December 27, 2017, at 10:00 a.m.

/s/Michael J. Phillips_____
Michael J. Phillips
Attorney At Law
Louisiana Bar Roll Number 10506
400 N. Peters Street
New Orleans, Louisiana  70130
Phone  (504) 523-6988
Fax     (504) 523-6988

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing "Notice of Submission" was filed with the Clerk of Court on the12th day of December 2017, and is available for viewing and downloading from the CM/ECF system.  Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail list.  Any counsel not included on the e-mail service list received a copy via United States Mail.

/s/Michael J. Phillips_____

Michael J. Phillips, Attorney